No. 03–7509. ROBBINS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–7514. PANTON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–7515. SPEIGHT v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–7516. SMITH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–7517. SMITH v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 03–7518. AGUIAR v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–7519. MARINO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–7520. BELFOURE v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 03–7521. TAFOYA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–7522. WELLS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–7523. TATE v. UNITED STATES; and
No. 03–7530. BAKER v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 339 F. 3d 400.

No. 03–7527. KELCH v. STARKS ET UX. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 03–7528. JONES v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–7529. ALAMIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–7532. ATKINSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.